ACCEPTED
15-24-00109-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 11:47 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00109-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AT AUSTIN

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 11:47:54 AM
CHRISTOPHER A. PRINE
Clerk

BRANDON HODGES, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS TRUSTEE OF DISTRICT FOR MIDLAND ISD;
DR. MARY BONE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS A TRUSTEE OF ROUND ROCK ISD; AND
DANIELLE WESTON, INDIVIDUALLY AND IN HER OFFICIAL
CAPACITY AS A TRUSTEE OF ROUND ROCK ISD,

*Appellants,*

v.

PECOS-BARSTOW-TOYAH INDEPENDENT SCHOOL DISTRICT;
CRANDALL INDEPENDENT SCHOOL DISTRICT;
FORNEY INDEPENDENT SCHOOL DISTRICT,
FORT STOCKTON INDEPENDENT SCHOOL DISTRICT; AND
KINGSVILLE INDEPENDENT SCHOOL DISTRICT,

*Appellees.*

Appeal from the 201st Judicial District Court
Travis County, Texas
Cause No. D-1-GN-24-005018

APPELLANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellants Brandon Hodges individually and in his official capacity as

Trustee of District for Midland ISD, Dr. Mary Bone individually and in her official

APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF                    PAGE 1

capacity as a Trustee of Round Rock ISD, and Danielle Weston individually and in her official capacity as a Trustee of Round Rock ISD (collectively "Appellants") file this Unopposed Motion for Extension of Time to File Appellants' Reply Brief and shows:

## I. SUMMARY OF MOTION

Appellants' Reply Brief in the above matter is due on March 31, 2025. Appellants request a 20-day extension, moving the deadline to **April 21, 2025**. [1] This is Appellants' first request for an extension of time to file their Reply Brief. This motion is unopposed.

## II. ARGUMENT AND AUTHORITIES

The Texas Rules of Appellate Procedure allow for the extension of a party's briefing deadline upon a motion under Rule 10.5(b). TEX. R. APP. P. 38.6(d) (citing TEX. R. APP. P. 10.5(b)). Under Rule 10.5(b), the movant must identify the existing deadline, the length of the extension requested, the factual basis for the extension, and the number of prior extensions granted for the same deadline. TEX. R. APP. P. 10.5(b).

This is Appellants' first requested extension, and the length of the extension sought is 20 days. If this motion is granted, Appellants' Reply Brief will be due on April 21, 2025. Appellees do not oppose the requested extension.

---

[1] Twenty days from March 31, 2025 is Sunday, April 20, 2025, thus, the date upon which the Reply Brief would be due is April 21, 2025. *See* TEX. R. APP. P. 4.1(a).

Counsel for Appellants request an extension due to deadlines that have hindered their completion of Appellants' Brief in this matter. Lead counsel in this case, Byron K. Henry, has had a number of other deadlines and requirements precluding his ability to complete the Brief by the deadline, including the following:

- Out of the office on pre-paid family vacation March 10-14, 2025.

- Prepare for and file Petition for Writ of Mandamus and Motion for Temporary Relief on March 18, 2025 in Case No. 05-25-00319-CV, before the Fifth District Court of Appeals at Dallas, Texas.

- Prepare for and attend hearing on Motion for Summary Judgment on March 19, 2025, in Cause No. 096-341756-23, in the 96th District Court, Tarrant County, Texas.

- Prepare for and attend Jury Trial on March 24, 2025, in Cause No. 429-06415-2019, in the 429th District Court, Collin County, Texas.

Counsel for Appellants Walker Young also has had to attend to several deadlines that have hindered and will hinder his work to complete Appellants' Reply Brief and has been engaged in preparing the same briefs. Mr. Young was also out of the office on a pre-paid family vacation from March 10, 2025 through March 14, 2025.

For these reasons, a 20-day extension of time is needed to complete Appellants' Reply Brief in this matter. This extension is not sought for delay but so that justice may be done.

## III. CONCLUSION AND PRAYER

For these reasons, Appellants Brandon Hodges individually and in his official capacity as Trustee of District for Midland ISD, Dr. Mary Bone individually and in her official capacity as a Trustee of Round Rock ISD, and Danielle Weston individually and in her official capacity as a Trustee of Round Rock ISD respectfully request the Court GRANT their Unopposed Motion for Extension of Time to File Appellants' Reply Brief, order the Brief due on or before **April 21, 2025**, and grant Appellants such other relief to which they may be justly entitled.

Respectfully submitted,

By: _____

**BYRON K. HENRY**
State Bar No. 24008909
byron.henry@solidcounsel.com
**WALKER STEVEN YOUNG**
State Bar No. 24102676
walker.young@solidcounsel.com

**SCHEEF & STONE, L.L.P.**
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 Phone
(214) 472-2150 Fax

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Appellees' counsel on March 31, 2025 and Appellees are unopposed to the relief requested in this motion. Certified to on March 31, 2025.

*/s/ Walker Steven Young*
**WALKER STEVEN YOUNG**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been delivered pursuant to TEX. R. APP. P. 9.5 to all counsel as indicated below on March 31, 2025:

**Via Electronic Filing/Service**
David J. Campbell
dcampbell@808west.com
Kevin O'Hanlon
kohanlon@808west.com
O'HANLON, DEMERATH & CASTILLO
808 West Ave.
Austin, Texas 78701

**ATTORNEYS FOR APPELLEES**

**Byron K. Henry**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Melissa Diaz on behalf of Byron Henry
Bar No. 24008909
melissa.diaz@solidcounsel.com
Envelope ID: 99072069
Filing Code Description: Motion
Filing Description: Appellants' Unopposed Motion for Extension of Time to File Reply Brief
Status as of 3/31/2025 1:25 PM CST

Associated Case Party: Brandon Hodges, individually and in his official capacity as Trustee of District for Midland ISD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Byron K.Henry | | byron.henry@solidcounsel.com | 3/31/2025 11:47:54 AM | SENT |
| Melissa Diaz | | melissa.diaz@solidcounsel.com | 3/31/2025 11:47:54 AM | SENT |
| Walker StevenYoung | | walker.young@solidcounsel.com | 3/31/2025 11:47:54 AM | SENT |

Associated Case Party: Pecos-Barstow-Toyah Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 3/31/2025 11:47:54 AM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 3/31/2025 11:47:54 AM | SENT |
| David Campbell | | dcampbell@808west.com | 3/31/2025 11:47:54 AM | SENT |
| Edward Smith | | esmith@808west.com | 3/31/2025 11:47:54 AM | SENT |